UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.Y., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>KRISTI NOEM, et al.,<br><br>        Defendants. | Case No. 25-cv-03244-NW<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

    Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jeffrey S. White for consideration of whether the case is related to *Doe v. Trump et al*, 25-cv-03140-JSW.

**IT IS SO ORDERED.**

Dated: April 16, 2025

_____
Noël Wise
United States District Judge