UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNGWON KIM, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KRISTI NOEM, et al.,<br><br>　　　　　Defendants. | Case No.  25-cv-03383-SVK<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　　In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED the above captioned case is REFERRED to the Honorable Jeffrey S. White to determine whether it is related to *Doe v. Trump*, Case No. 25-cv-3140-JSW.

　　　　**SO ORDERED.**

Dated: April 17, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge