1  Marc Van Der Hout (CA Bar #80778)
   Johnny Sinodis (California Bar # 290402)
2  Van Der Hout LLP
3  360 Post Street, Suite 800
   San Francisco, CA 94108
4  Telephone: (415) 981-3000
   Fax: (415) 981-3003
5  Email: ndca@vblaw.com

6  Attorneys for Plaintiff
   John Doe
7

8
                    UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                            OAKLAND DIVISION
11

| | |
|---|---|
| 12  John Doe, | Case No.: 4:25-cv-03140-JSW |
| 13           Plaintiff, | |
| 14           v. | **DECLARATION OF JOHNNY SINODIS REGARDING SERVICE OF COURT'S TEMPORARY RESTRAINING ORDER [DKT. 16]** |
| 15  Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security; | |
| 16 | |
| 17  Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; | |
| 18 | |
| 19  Moises BECERRA, in his official capacity, Acting Field Office Director of San Francisco Office of Detention and Removal, U.S. Immigrations and Customs Enforcement, U.S. Department of Homeland Security; and | |
| 20 | |
| 21 | |
| 22 | |
| 23  Donald J. TRUMP, in his official capacity, President of the United States of America; | |
| 24 | |
| 25           Defendants. | |

26
27
28

I, Johnny Sinodis, do hereby declare:

    1.    I am a partner at Van Der Hout LLP at 360 Post Street, Suite 800, San Francisco, CA 94108. I have personal knowledge of the matters stated herein because I am an attorney for Plaintiff John Doe in these proceedings.

    2.    On April 16, 2025, Plaintiff filed a Motion for Temporary Restraining Order with the Court. Dkt. 9. On April 17, 2025, at 9:39 a.m. the Court issued an Order Granting a Temporary Restraining Order and setting a briefing schedule and hearing in this matter. Dkt. 16.

    3.    On April 17, 2025 at 12:31 p.m., I sent a copy of the Court's Order to the Office of the U.S. Attorney for the Northern District of California via email.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of April 2025 at San Francisco, California.

                                            /s/ Johnny Sinodis
                                            Johnny Sinodis
                                            Declarant