1  Marc Van Der Hout (CA Bar #80778)
2  Johnny Sinodis (CA Bar #290402)
   Van Der Hout LLP
3  360 Post St., Suite 800
   San Francisco, CA 94108
4  Telephone: (415) 981-3000
   Facsimile: (415) 981-3003
5  jsin@vblaw.com

6
7  Attorneys for Plaintiff
   John Doe

8              UNITED STATES DISTRICT COURT
9         FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION

11 | John Doe,                                    | Case No.:
12 |
   |     Plaintiff,
13 |
   |     v.                                       | [PROPOSED] ORDER CONDITIONALLY GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM
14 | Donald J. TRUMP, in his official capacity,
15 | President of the United States of America;
16 | Moises BECERRA, in his official capacity, Acting
17 | Field Office Director of San Francisco Office of
   | Detention and Removal, U.S. Immigrations and   | Immigration Case, Administrative Procedure Act Case
18 | Customs Enforcement; U.S. Department of
   | Homeland Security;
19 |
20 | Todd M. LYONS, in his official capacity, Acting
   | Director, Immigration and Customs Enforcement,
21 | U.S. Department of Homeland Security; and
22 | Kristi NOEM, in her official capacity, Secretary,
23 | U.S. Department of Homeland Security;
24 |     Defendants.

25
26
27
28

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO PROCEED UNDER PSEUDONYM

Upon consideration of Plaintiff's Motion to Proceed Under Pseudonym, and good cause appearing therefore, the motion is **GRANTED**, and **IT IS FURTHER ORDERED** that: pending further order of the Court,

 (a) The parties shall refer to Plaintiff by the pseudonym John Doe in all filings and public proceedings; and

 (b) The parties shall redact all personally identifying information, including Plaintiff's true full name, from all filings consistent with Federal Rule of Civil Procedure 5.2.

IT IS SO ORDERED.

Dated: __April 18__, 2025

_____
United States District Judge
JEFFREY S. WHITE

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO PROCEED UNDER PSEUDONYM