UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>          Plaintiff,<br><br>     v.<br><br>DONALD J. TRUMP, et al.,<br><br>          Defendants. | Case No. 25-cv-03140-JSW<br><br>**ORDER REGARDING SERVICE AND DIRECTING PLAINTIFF TO SERVE SUA SPONTE REFERRAL ORDERS**<br><br>Re: Dkt. Nos. 13-15 |

If Plaintiff has not yet done so, the Court ORDERS Plaintiff to serve copies of the *sua sponte* referral orders issued on April 16 and April 17 on Defendants by no later than 3:00 p.m. today, April 18, 2025, and to file proof of service by 5:00 p.m.

Plaintiff shall also file a proof of service showing compliance with Federal Rule of Civil Procedure 4(i) by no later than 5:00 p.m. today, April 18, 2025.

**IT IS SO ORDERED**.

Dated: April 18, 2025

_____
JEFFREY S. WHITE
United States District Judge