Marc Van Der Hout (CA Bar #80778)
Johnny Sinodis (California Bar # 290402)
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Fax: (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Plaintiff
John Doe

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| John Doe,<br><br>    Plaintiff,<br><br>    v.<br><br>Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security;<br><br>Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security;<br><br>Moises BECERRA, in his official capacity, Acting Field Office Director of San Francisco Office of Detention and Removal, U.S. Immigrations and Customs Enforcement, U.S. Department of Homeland Security; and<br><br>Donald J. TRUMP, in his official capacity, President of the United States of America;<br><br>    Defendants. | Case No.: 4:25-cv-03140-JSW<br><br>**DECLARATION OF JOHNNY SINODIS REGARDING SERVICE OF NOTICES OF JUDICIAL REFERRAL [DKT. 20]** |

I, Johnny Sinodis, do hereby declare:

    1.    I am a partner at Van Der Hout LLP at 360 Post Street, Suite 800, San Francisco, CA 94108. I have personal knowledge of the matters stated herein because I am an attorney for Plaintiff John Doe in these proceedings.

    2.    Pursuant to the Court's order, Dkt. 20, on April 18, 2025, at 3:02 p.m., I sent a copy of the *sua sponte* referral orders (Dkts. 13, 14, 15) to the Office of the U.S. Attorney for the Northern District of California via email.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18th day of April 2025 at San Francisco, California.

/s/ Johnny Sinodis
Johnny Sinodis
Declarant