UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W. B.., <br><br> Plaintiff, <br><br> v. <br><br> KRISIT NOEM, et al., <br><br> Defendants. | Case No. 25-cv-03407-EMC <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jeffrey S. White for consideration of whether the case is related to *Doe v. Trump et al,* No 4:25-cv-03140-JSW.

**IT IS SO ORDERED.**

Dated: April 18, 2025

_____
EDWARD M. CHEN
United States District Judge