Marc Van Der Hout (CA Bar #80778)
Johnny Sinodis (CA Bar #290402)
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Fax: (415) 981-3003
Email: jsin@vblaw.com

Attorneys for Plaintiff
John Doe

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| John Doe,<br><br>    Plaintiff,<br><br>    v.<br><br>Donald J. TRUMP, in his official capacity, President of the United States of America;<br><br>MOISES BECERRA, in his official capacity, Acting Field Office Director of San Francisco Office of Detention and Removal, U.S. Immigrations and Customs Enforcement; U.S. Department of Homeland Security;<br><br>Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security;<br><br>Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security;<br><br>    Defendants. | Case No. 4:25-cv-03140<br><br>**STIPULATION FOR ADMINISTRATIVE RELIEF TO (1) RESET HEARING BY ONE BUSINESS DAY AND (2) EXTEND TIME TO FILE SUBMISSIONS BY SIX HOURS EACH; [PROPOSED] ORDER**<br><br><u>Immigration Case, Administrative Procedure Act Case</u> |

*John Doe v. Trump, et al.*, No. 4:25-cv-03140
STIPULATION AND [PROPOSED] ORDER FOR
ADMINISTRATIVE RELIEF TO RESET HEARING BY
ONE BUSINESS DAY AND TO EXTEND TIME TO FILE
SUBMISSIONS BY SIX HOURS

Through this stipulation, the parties respectfully request that the Court issue an order resetting the April 25, 2025, hearing by one business day. The parties further stipulate and respectfully ask the Court to afford them an additional six hours in which to file their respective submissions.

On April 17, 2025, this Court granted Plaintiff's motion for a temporary restraining order and set a briefing schedule and hearing. Dkt. 16. Specifically, the Court ordered Defendants to file any Response by April 21, 2025, at 11:00 a.m. and Plaintiff to file any Reply by April 23, 2025, at 11:00 a.m. *Id*. The Court further scheduled a hearing for April 25, 2025, at 9:00 a.m. *Id*.

Separately, on April 17, 18, and April 19, several *sua sponte* referral orders were filed in this matter. One of the referral orders pertains to a case being handled by undersigned Counsel's law partner, Zachary Nightingale. Dkt. 14. In that matter, an identical briefing schedule and hearing date and time have been set. *S.Y., et al. v. Noem, et al.*, 25-cv-03244-NW, Dkt. 13 (Apr. 16, 2025).

The parties now ask the Court to reset the hearing by one business day for several reasons. First, Plaintiff's counsel in this matter has a previously scheduled Individual Calendar Hearing in the Adelanto Immigration Court on April 25, 2025, at 1:00 p.m. Though the hearing will be conducted remotely via WebEx, there exists the potential that the hearing in this matter could overlap with counsel's Individual Calendar Hearing in immigration court. Second, Defendants' counsel in this matter, Elizabeth Kurlan, is also lead counsel in *S.Y., et al. v. Noem, et al.*, which is currently scheduled for a hearing on April 25, 2025, at 9:00 a.m. in San Jose before the Honorable Judge Wise. Therefore, if the two matters are not related, Defendants' counsel will have a scheduling conflict. Finally, assuming the two matters are related, Plaintiffs' counsel in *S.Y., et al. v. Noem, et al.*, Zachary Nightingale, has an in-person Individual Calendar Hearing before the Las Vegas Immigration Court on April 25, 2025, at 8:30 a.m. for a client who is currently detained. Mr. Nightingale would thus have a scheduling conflict. For these reasons, the parties respectfully request that the Court reset the hearing in this matter by one business. Although the parties would be available on Thursday, April 24, 2025, for the hearing, their

*John Doe v. Trump, et al.*, No. 4:25-cv-03140
STIPULATION AND [PROPOSED] ORDER FOR
ADMINISTRATIVE RELIEF TO RESET HEARING BY
ONE BUSINESS DAY AND EXTEND TIME TO FILE
SUBMISSIONS BY SIX HOURS EACH

1

preference, subject to the Court's approval, would be to have the hearing on Monday, April 28, 2025.

Additionally, the parties respectfully request that the Court extend the filing deadline for their respective submissions by a period of six hours. On April 18, 2025, Defendants' counsel asked whether Plaintiff would agree to Defendants' Response being filed by 5:00 p.m. on April 21, 2025. Plaintiff is amenable to that extension request, and Defendants have similarly agreed to Plaintiff filing their Reply by 5:00 p.m. on April 23, 2025.

## CERTIFICATION

In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

Dated: April 20, 2025                                  Respectfully submitted,


/s/ Johnny Sinodis
Johnny Sinodis
Marc Van Der Hout
Attorneys for Plaintiff


PATRICK D. ROBBINS
Acting U.S. Attorney


/s/ Elizabeth D. Kurlan
Elizabeth D. Kurlan
Assistant United States Attorney
Attorney for Defendants

*John Doe v. Trump, et al.*, No. 4:25-cv-03140                                                                 2
STIPULATION AND [PROPOSED] ORDER FOR
ADMINISTRATIVE RELIEF TO RESET HEARING BY
ONE BUSINESS DAY AND EXTEND TIME TO FILE
SUBMISSIONS BY SIX HOURS EACH

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the Joint Stipulation for Administrative Relief to Reset Hearing by One Business Day and Extend the Deadline for Submissions by Six Hours is GRANTED.

IT IS FURTHER ORDERED that the hearing in this matter is reset to April ____, 2025, at ____ a.m./p.m.

IT IS FURTHER ORDERED that Defendants' Response is due on April 21, 2025, at 5:00 p.m. and Plaintiff's Reply is due on April 23, 2025, at 5:00 p.m.

Dated: April __, 2025

_____
The Hon. Jeffrey S. White
United States District Judge

*John Doe v. Trump, et al.*, No. 4:25-cv-03140
STIPULATION AND [PROPOSED] ORDER FOR
ADMINISTRATIVE RELIEF TO RESET HEARING BY
ONE BUSINESS DAY AND EXTEND TIME TO FILE
SUBMISSIONS BY SIX HOURS EACH

3