UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHN DOE, | Case No. 25-cv-03140-JSW |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO CONTINUE HEARING AND EXTEND BRIEFING SCHEDULE** |
| DONALD J. TRUMP, et al., | |
| Defendants. | Re: Dkt. No. 24 |

The Court has received the parties' stipulation to continue the hearing in this matter to Monday, April 28, 2025 and to extend the briefing schedule. The Court GRANTS the request to continue the briefing schedule. Defendants' opposition shall be due by 5:00 p.m. today, and Plaintiffs shall file their reply by 5:00 p.m. Wednesday April 23, 2025.

The Court cannot continue the hearing date, and it shall remain on calendar at 9:00 a.m.. The Court will endeavor to complete the hearing before 1:00 p.m. If the Court relates No. 25-3244, *S.Y. v. Noem* to this matter, the Court suggests that counsel in this case, who is the law partner of Plaintiffs in *S.Y,* coordinate with his partner to appear on behalf of those Plaintiffs.

**IT IS SO ORDERED**.

Dated: April 21, 2025

_____
JEFFREY S. WHITE
United States District Judge