PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7200
    Facsimile: 415-436-6748
    elizabeth.kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>    Defendants. | Case No. 4:25-cv-03140-JSW<br><br>**DEFENDANTS' STATEMENT OF NONOPPOSITION TO THE RELATION OF CASES**<br><br>The Honorable Jeffrey S. White |

DEFENDANTS' STATEMENT OF NONOPPOSITION
4:25-CV-03140 JSW

Defendants do not oppose a determination by this Court, pursuant to Civil Local Rule 3-12, that this matter should be related to the following cases:

*Chen v. Noem*, No. 25-cv-3292-SI

*Kim v. Noem*, No. 25-cv-03383-SVK

*S.Y. v. Noem*, No. 25-cv-03244-NW

*W.B. v. Noem*, No. 25-cv-03407-EMC

*Sky v. Lyons*, No. 25-cv-3475-WHO

DATED: April 22, 2025

Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney

*s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney

*Attorneys for Defendants*