UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIWEI HE,<br><br>        Plaintiff,<br><br>  v.<br><br>KRISTI NOEM, et al.,<br><br>        Defendants. | Case No. 3:25-cv-03480-JSC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Jeffrey S. White for consideration of whether the case is related to *Doe v. Trump et al.*, No. 25-3140-JSW.

**IT IS SO ORDERED.**

Dated: April 23, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge