**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PLAINTIFF,** | Case No.: 25-cv-03481 YGR |
|     **Emma Bai a/k/a Yuton Bai,** | **ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |
|     vs. | |
| **DEFENDANT,** | |
|     **Todd M. Lyons, Acting Director, U.S. Immigration and Custom Enforcement.** | |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Jeffrey S. White *sua sponte* to consider whether it is related to *John Doe v. Donald J. Trump*, 25-cv-03140.

**IT IS SO ORDERED.**

Date: April 22, 2025

                                              **YVONNE GONZALEZ ROGERS**
                                              **UNITED STATES DISTRICT COURT JUDGE**

cc: The Honorable Jeffrey S. White