UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C., et al.,<br><br>              Plaintiffs,<br><br>   v.<br><br>KRISTI NOEM, et al.,<br><br>              Defendants. | Case No. 5:25-cv-03502-PCP<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Jeffrey S. White for consideration of whether the case is related to Doe v. Trump et al., No. 25-cv-3140.

**IT IS SO ORDERED.**

Dated: April 24, 2025

_____
P. Casey Pitts
United States District Judge