1 | Zachary Nightingale (California Bar # 184501)
2 | Marc Van Der Hout (California Bar #80778)
  | Johnny Sinodis (California Bar #290402)
3 | Van Der Hout LLP
  | 360 Post St., Suite 800
4 | San Francisco, CA 94108
  | Telephone: (415) 981-3000
5 | Facsimile: (415) 981-3003
  | Email: ndca@vblaw.com
6 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| J.C., L.Z., A.O., V.A., A.B., W.W., Y.Z., D.Y., I.P., T.W., E.S., H.L., <br><br> Plaintiffs, <br><br> v. <br><br> Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security; <br><br> Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; <br><br> Moises BECERRA, in his official capacity, Acting Field Office Director of San Francisco Office of Detention and Removal, U.S. Immigrations and Customs Enforcement, U.S. Department of Homeland Security; and <br><br> Donald J. TRUMP, in his official capacity, President of the United States of America; <br><br> Defendants. | Case No. 5:25-cv-03502-PCP <br><br> **STATEMENT OF NON-OPPOSITION TO RELATION OF CASE TO:** *Doe v. Trump et al.*, **No. 25-cv-3140** <br><br> <u>Request for Declaratory and Injunctive Relief</u> |

1  In accordance with this Court's Order (Dkt. 12), Plaintiffs J.C., L.Z., A.O., V.A., A.B.,
2  W.W., Y.Z., D.Y., I.P., T.W., E.S., and H.L. by and through undersigned counsel, hereby submit
3  this statement of non-opposition to the relation of this case to *Doe v. Trump et al.*, No. 25-cv-
4  3140. The parties accept that this case is related to *Doe v. Trump et al.*, No. 25-cv-3140, and
5  agree to set the request for a TRO (Dkt. 9) on calendar for a hearing before this Court on April
6  25, 2025 at 9:00 a.m.

Dated: April 24, 2025

Respectfully submitted,

s/Zachary Nightingale
Zachary Nightingale
Marc Van Der Hout
Johnny Sinodis
Attorneys for Plaintiffs