UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

      A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to case 25-cv-03140-JSW, *Doe v. Trump, et al.,* I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 25-cv-3323 | Wang v. Noem, et al. | JSW | |

ORDER

      The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge. At this stage, the Court is relating the cases. The issue of consolidation is not before the Court. **The parties shall appear for a hearing on the TRO at 9:00 a.m. on April 25, 2025. Defendant may file an opposition by 9:00 p.m. on April 24, 2025. The parties shall refer to the Notice of Questions in 21-cv-3140 (Dkt. No. 38).**

Dated: April 24, 2025

By: _____
Jeffrey S. White
United States District Judge

1