UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**DATE**: April 25, 2025   **TIME IN COURT**: 2 Hours, 8 Minutes

**JUDGE**: JEFFREY S. WHITE   **COURT REPORTER**: Raynee Mercado

**COURTROOM DEPUTY**: Nicole Hall

**CASE NO.**: [25-cv-03140-JSW](25-cv-03140-JSW)

**TITLE**: John Doe, et al. v. Donald J. Trump, et al.

| **COUNSEL FOR PLAINTIFF**: | **COUNSEL FOR DEFENDANT**: |
|---|---|
| John Nicholas Sinodis | Elizabeth D. Kurlan |
| Marc Van Der Hout | Pamela Johann – Specially Appearing |

**PROCEEDINGS**: Hearing on MOTION for Temporary Restraining Order – Held.
Status Conference – Not Held.

**RESULTS**: Motion for Temporary Restraining Order - GRANTED.
Motion for Preliminary Injunction – CONTINUED.

The Court orders the Temporary Restraining Order is extended for an additional 14 days.

Defendants are enjoined for fourteen days from imposing any legal effects that otherwise may be caused by the termination of Plaintiffs' SEVIS statuses or the potential unlawful revocation of their F-1 Visas.

The Court will conduct a Preliminary Injunction hearing on May 13, 2025, at 9:00AM, in Courtroom 5.

The Court takes the matter under submission and will prepare a written order outlining the briefing schedule and identifying the subject each brief should address, in preparation for the May 13, 2025, Preliminary Injunction hearing.