1  Marc Van Der Hout (CA Bar #80778)
   Johnny Sinodis (California Bar # 290402)
2  Van Der Hout LLP
   360 Post Street, Suite 800
3  San Francisco, CA 94108
   Telephone: (415) 981-3000
4  Fax: (415) 981-3003
   Email: ndca@vblaw.com
5

6  Attorneys for Plaintiff
   John Doe
7

8
                    UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
                        OAKLAND DIVISION
10

11 John Doe,                              | Case No.: 4:25-cv-03140-JSW

12      Plaintiff,

13      v.                                | **NOTICE TO THE COURT
                                          | REGARDING PLAINTIFF'S
                                          | SEVIS RECORD**
14 Kristi NOEM, in her official capacity, Secretary,
15 U.S. Department of Homeland Security;

16 Todd M. LYONS, in his official capacity, Acting
   Director, Immigration and Customs Enforcement,
17 U.S. Department of Homeland Security;

18 Moises BECERRA, in his official capacity, Acting
19 Field Office Director of San Francisco Office of
   Detention and Removal, U.S. Immigrations and
20 Customs Enforcement, U.S. Department of
   Homeland Security; and
21
   Donald J. TRUMP, in his official capacity,
22 President of the United States of America;

23      Defendants.

24

25

26

27

28

NOTICE TO COURT
4:25-cv-03140-JSW

As requested at the hearing on April 25, 2025, at 9:00 a.m., undersigned counsel respectfully submits this Notice to the Court regarding Plaintiff's SEVIS record. Earlier today, the Designated School Official (DSO) emailed Plaintiff to inform them that their SEVIS record is now in active status. Plaintiff's school has also issued them a new Form I-20, Certificate of Eligibility for Nonimmigrant Student Status. Plaintiff has not yet been informed by the DSO if the SEVIS record was restored *nunc pro tunc*.

/s/ Johnny Sinodis
Johnny Sinodis
Attorney for PlaintifF

1

NOTICE TO THE COURT
4:25-cv-03140-JSW