UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARYAN SHAH, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TODD M. LYONS,<br><br>    Defendant. | Case No. 25-cv-03549-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Counsel for Plaintiffs have filed a "notice relating case" and state that Defendant "do[es] not oppose relation" of this case to *Doe v. Trump*, No. 25-cv-03140-JSW. ECF No. 15. However, counsel did not comply with Civil Local Rule 3-12(b), which requires that an administrative motion to consider whether cases should be related be filed "in the *lowest-numbered* case." Civil L.R. 3-12(b) (emphasis added).

The Court now refers this case, under Civil Local Rule 3-12(c), to the Honorable Jeffrey S. White for consideration of whether the case is related to *Doe v. Trump*, No. 25-cv-03140-JSW. Because time is of the essence, any party who seeks to file a response in opposition to or support of relating the cases shall do so no later than April 30, 2025. Any responses must be filed in the lowest-numbered case, No. 25-cv-03140-JSW.

**IT IS SO ORDERED.**

Dated: April 28, 2025

_____
JON S. TIGAR
United States District Judge