PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7200
    Facsimile: 415-436-6748
    elizabeth.kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*, <br><br> Defendants. | Case No. 4:25-cv-03140-JSW <br><br> **DEFENDANTS' NOTICE REGARDING POLICY** <br><br><br> The Honorable Jeffrey S. White |
| S.Y., *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, *et al*, <br><br> Defendants. | Case No. 4:25-cv-3244-JSW |

DEFENDANTS' NOTICE
4:25-cv-03140- JSW and related cases

| | | |
|---|---|---|
| 1 | ZHOUER CHEN, *et al.* ) | Case No. 4: 25-cv-3292-JSW |
| 2 | Plaintiff, ) | |
| 3 | v. ) | |
| 4 | KRISTI NOEM, *et al.*, ) | |
| 5 | Defendants. ) | |
| 6 | ) | |
| 7 | ) | |
| 8 | JUNGWON KIM, *et al.*, ) | Case No. 4:25-cv-3383-JSW |
| 9 | Plaintiffs, ) | |
| 10 | v. ) | |
| 11 | KRISTI NOEM, *et al.*, ) | |
| 12 | Defendants. ) | |
| 13 | ) | |
| 14 | ) | Case No. 4:25-cv-3407-JSW |
| 15 | W.B. ) | |
| 16 | Plaintiff, ) | |
| 17 | v. ) | |
| 18 | KRISTI NOEM, *et al.*, ) | |
| 19 | Defendants. ) | |
| 20 | ) | |
| 21 | EMMA BAI, ) | Case No. 4:25-cv-3481-JSW |
| 22 | Plaintiff, ) | |
| 23 | v. ) | |
| 24 | KRISTI NOEM, *et al.*, ) | |
| 25 | Defendants. ) | |
| 26 | ) | |
| 27 | | |
| 28 | | |

DEFENDANTS' NOTICE
4:25-cv-03140- JSW and related cases

| | | |
|---|---|---|
| 1 | SKY QUI, | Case No. 4:25-cv-3475-JSW |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | TODD M. LYONS, in his official capacity as Acting Director of United States Immigration and Customs Enforcement, | |
| 5 | | |
| 6 | Defendant. | |
| 7 | | |
| 8 | J.C. *et al.*, | Case No. 4:25-cv-3502-JSW |
| 9 | Plaintiffs, | |
| 10 | v. | |
| 11 | KRISTI NOEM, *et al.*, | |
| 12 | Defendants. | |
| 13 | | |
| 14 | SHANGSHANG WANG, *et al.*, | Case No. 4:25-cv-3323-JSW |
| 15 | Plaintiffs, | |
| 16 | | |
| 17 | v. | |
| 18 | KRISTI NOEM, *et al.*, | |
| 19 | Defendants. | |
| 20 | | |
| 21 | YIWEI HE, | Case No. 4:25-cv-3480-JSW |
| 22 | Plaintiff, | |
| 23 | v. | |
| 24 | KRISTI NOEM, *et al.*, | |
| 25 | Defendants. | |
| 26 | | |
| 27 | | |
| 28 | | |

DEFENDANTS' NOTICE
4:25-cv-03140- JSW and related cases

Defendants respectfully submit this notice to apprise the Court of a development that may impact the claims in these suits. As of April 26, 2025, United States Immigration and Customs Enforcement ("ICE") has issued a new policy concerning the termination of records in the Student and Exchange Visitor Information System ("SEVIS"). A copy of that new policy is enclosed herewith.

DATED: April 30, 2025

Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney

*s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney

*Attorneys for Defendants*