PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7298
   Facsimile: (415) 436-6748
   elizabeth.kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.,*<br><br>    Defendants | Case No. 25-03140 JSW<br><br>**STIPULATION TO EXTEND TIME TO ALLOW THE PARTIES TO ENGAGE IN NEGOTIATIONS FOR A POTENTIAL RESOLUTION; [PROPOSED] ORDER** |
| S.Y., *et al.,*<br><br>    Plaintiff,<br><br> v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, *et al.,*<br><br>    Defendants | Case No. 4:25-cv-3244-JSW |
| ZHOUER CHEN, *et al.*<br><br>    Plaintiff,<br><br> v. | Case No. 4: 25-cv-3292-JSW |

| | | |
|---|---|---|
| 1 | KRISTI NOEM, *et al.*, | ) |
| 2 | Defendants | ) |
| 3 | | ) |
| 4 | | ) |
| 5 | SHANGSHANG WANG, | ) Case No. 4:25-cv-3323-JSW |
| 6 | Plaintiff, | ) |
| 7 | v. | ) |
| 8 | KRISTI NOEM, *et al.*, | ) |
| 9 | Defendants | ) |
| 10 | | ) |
| 11 | JUNGWON KIM, *et al.*, | ) Case No. 4:25-cv-3383-JSW |
| 12 | Plaintiff, | ) |
| 13 | v. | ) |
| 14 | KRISTI NOEM, *et al.*, | ) |
| 15 | Defendants | ) |
| 16 | W.B. | ) |
| 17 | | ) Case No. 4:25-cv-3407-JSW |
| 18 | Plaintiff, | ) |
| 19 | v. | ) |
| 20 | KRISTI NOEM, *et al.*, | ) |
| 21 | Defendants | ) |
| 22 | | ) Case No. 4:25-cv-3475-JSW |
| 23 | SKY QUI, | ) |
| 24 | Plaintiff, | ) |
| 25 | v. | ) |
| 26 | TODD M. LYONS, in his official capacity as Acting Director of United States Immigration and Customs Enforcement, | ) |
| 27 | | ) |
| 28 | Defendant. | ) |

STIPULATION
4:25-CV-03140 JSW and related cases

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | EMMA BAI, | Case No. 4:25-cv-3481-JSW |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | KRISTI NOEM, *et al.,* | |
| 6 | Defendants | |
| 7 | | |
| 8 | J.C. *et al.,* | Case No. 4:25-cv-3502-JSW |
| 9 | Plaintiff, | |
| 10 | v. | |
| 11 | KRISTI NOEM, *et al.,* | |
| 12 | Defendants. | |
| 13 | ARYAN SHAH, *et al.,* | Case No. 4:25-cv-3549-JSW |
| 14 | | |
| 15 | Plaintiff, | |
| 16 | v. | |
| 17 | TODD M. LYONS, | |
| 18 | Defendant. | |
| 19 | | |
| 20 | YIWEI HE, | Case No. 4:25-cv-3480 JSC |
| 21 | | |
| 22 | Plaintiff, | |
| 23 | v. | |
| 24 | KRISTI NOEM, *et al.,* | |
| 25 | Defendants. | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION
4:25-CV-03140 JSW and related cases

On May 6, 2025, the Court granted the parties stipulation to an extension of time for Defendants' supplemental opposition to Plaintiffs' motion for preliminary injunction, setting the deadline for Defendants' opposition on May 7, 2025, at 5:00 p.m. *See* Dkt. No. 55. The Court noted that "[t]here shall be no further extensions." *Id.*

Following the Court's order, Plaintiffs and Defendants have been actively engaged in negotiations for a potential resolution of these cases. The parties are negotiating in good faith but will need a brief period of additional time to determine if they can reach an agreement. Accordingly, the parties respectfully request the Court to grant an extension of time for Defendants' supplemental opposition to Plaintiffs' motions for preliminary injunction, and set the due date for Defendants' opposition to May 8, 2025, at 5:00 p.m. The parties are mindful of the Court's order and make this request because they believe it will benefit the parties and conserve the Court's resources to allow a brief period of additional time for the parties to pursue a potential resolution.

For *He v. Noem*, No. 4:25-cv-3480-JSW, the parties request that the Court set the due date for their joint status report to May 8, 2025. The parties respectfully request that the Court grant their stipulation.

Dated: May 7, 2025

Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney

 *s/ Elizabeth D Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney

*Attorneys for Defendants*

Dated: May 7, 2025

 *s/ John Nicholas Sinodis*
JOHN NICHOLAS SINODIS
Van Der Hout, LLP

*Attorney for Plaintiffs*

       *s/ Andre Y. Bates*
ANDRE Y. BATES
DeHeng Law Offices PC

*Attorney for Plaintiff*

       *s/ Jesse M. Bless*
JESSE M. BLESS
Bless Litigation

*Attorney for Plaintiffs*

       *s/ Ben Loveman*
BEN LOVEMAN
Reeves Immigration Law Group

*Attorney for Plaintiff*

       *s/ Zachary R. New*
ZACHARY R. NEW
Joseph and Hall P.C.

*Attorney for Plaintiff*

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendants will file their supplemental opposition to Plaintiffs' motion for preliminary injunction by May 8, 2025, at 5:00 p.m.

Date: _____

_____
JEFFREY S. WHITE
United States District Judge