1 | CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
2 | PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
3 | ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney
4 |
5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
6 | Facsimile: (415) 436-6748
Elizabeth.Kurlan@usdoj.gov
7 |
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

JOHN DOE, *et al.*,

          Plaintiffs,

   v.

DONALD TRUM, in his official capacity as President of the United States of America, *et al.*,

          Defendants.

Case No. 4:25-cv-03140 JSW

**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT; AND [PROPOSED] ORDER**

Plaintiffs and Defendants hereby stipulate and respectfully request the Court to extend the deadline for Defendants' response to Plaintiffs' complaint. Defendants will file their response on or before July 14, 2025. The parties make this request because Defendants need a brief period of additional time to prepare their response to the complaint.

///

///

Stipulation to Extend
C 4:25-cv-03140 JSW           1

Dated: June 13, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: June 13, 2025

/s/ Zachary Nightingale
ZACHARY NIGHTINGALE
JOHN N. SINODIS
Attorneys for Plaintiffs

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  Defendants will file their response to Plaintiffs' complaint by July 14, 2025.

Date: June 18, 2025

JEFFREY S. WHITE
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

## DECLARATION OF ELIZABETH D. KURLAN

I, Elizabeth D. Kurlan, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2. On April 4, 2025, Plaintiffs filed a complaint in which they challenge the termination of their records in the Student Exchange and Visitor Information System. *See* Dkt. No. 1. Our office was served with the complaint on April 11, 2025.

3. On June 10, 2025, I contacted Plaintiffs' counsel regarding Defendants' request for an extension of time to prepare their response to the complaint, and Plaintiffs consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 10, 2025

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney