CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN DOE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>    Defendants. | Case No. 4:25-cv-03140 JSW<br><br>ORDER GRANTING AS MODIFIED **SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT;** ~~AND [PROPOSED] ORDER~~ |

      On June 18, 2025, the Court granted the parties' first stipulation to extend time for Defendants' response to Plaintiffs' complaint, setting a due date for Defendants' response to Plaintiffs' complaint as July 14, 2025. *See* Dkt. No. 73. The parties hereby stipulate to an additional extension of time for Defendants' response to Plaintiffs' complaint. Defendants will file their response on or before August 13, 2025. The parties make this request because Defendants are still in the process of conferring on how to proceed with this action. For these reasons, and as articulated below in Declaration of Counsel, the parties respectfully request that the Court grant their stipulation.

///

///

Stipulation to Extend
C 4:25-cv-03140 JSW                1

Dated: July 11, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

 /s/ *Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: July 11, 2025

*/s/ Johnny Sinodis*
JOHN N. SINODIS
ZACHARY NIGHTINGALE
Attorneys for Plaintiffs

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. Defendants will file their response to Plaintiffs' complaint by August 13, 2025. If a further extension is required, Defendants shall make a request by no later than August 6, 2025.

Date:   July 14, 2025

_____
JEFFREY S. WHITE
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
C 4:25-cv-03140 JSW                2