Marc Van Der Hout (CA Bar #80778)
Johnny Sinodis (California Bar # 290402)
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Fax: (415) 981-3003
Email: ndca@vblaw.com
Attorneys for Plaintiff Doe

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| John Doe,<br><br>  Plaintiff,<br><br>  v.<br><br>Donald J. TRUMP, in his official capacity, President of the United States of America, et al.<br><br>  Defendants. | Case No. 4:25-cv-03140-JSW<br><br>**NOTICE OF ADDITIONAL LEGAL AUTHORITIES**<br><br>Judge: Hon. Jeffrey White<br>Hearing Date: Aug. 22, 2025<br>Hearing Time: 9:00 a.m. |
| Zhuoer Chen, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>Kristi NOEM, in her official capacity, Secretary of the U.S. Department of Homeland Security, et al.<br><br>  Defendants. | Case No. 4:25-cv-03292-JSW<br><br>**NOTICE OF ADDITIONAL LEGAL AUTHORITIES**<br><br>Judge: Hon. Jeffrey White<br>Hearing Date: Aug. 22, 2025<br>Hearing Time: 9:00 a.m |

*Doe v. Trump, et al.*, No. 4:25-cv-03140-JSW
NOTICE OF ADDITIONAL LEGAL AUTHORITIES

| | |
|---|---|
| S.Y., et al., | Case No. 4:25-cv-03244-JSW |
| Plaintiffs, | **NOTICE OF ADDITIONAL LEGAL AUTHORITIES** |
| v. | |
| Kristi NOEM, in her official capacity, Secretary of the U.S. Department of Homeland Security, et al. | Judge: Hon. Jeffrey White<br>Hearing Date: Aug. 22, 2025<br>Hearing Time: 9:00 a.m |
| Defendants. | |
| J.C., et al., | Case No. 4:25-cv-03502-JSW |
| Plaintiffs, | **NOTICE OF ADDITIONAL LEGAL AUTHORITIES** |
| v. | |
| Kristi NOEM, in her official capacity, Secretary of the U.S. Department of Homeland Security, et al. | Judge: Hon. Jeffrey White<br>Hearing Date: Aug. 22, 2025<br>Hearing Time: 9:00 a.m |
| Defendants. | |
| W.B., | Case No. 4:25-cv-03407-JSW |
| Plaintiff, | **NOTICE OF ADDITIONAL LEGAL AUTHORITIES** |
| v. | |
| Kristi NOEM, in her official capacity, Secretary of the U.S. Department of Homeland Security, et al. | Judge: Hon. Jeffrey White<br>Hearing Date: Aug. 22, 2025<br>Hearing Time: 9:00 a.m |
| Defendants. | |

*Doe v. Trump, et al.*, No. 4:25-cv-03140-JSW
NOTICE OF ADDITIONAL LEGAL AUTHORITIES

Plaintiffs, through undersigned counsel, hereby notify the Court of the following additional legal authorities in support of their Opposition to Defendants' Motion for Stay Pending Appeal and respectfully request that the Court accept the submission even though it is a few minutes late.[1]

- *Child Trends, Inc. v. U.S. Dep't of Educ.*, No. 25-1154-BAH, 2025 WL 2379688, at *19-20, n.20 (D. Md. Aug. 15, 2025)
- *Am. Federation of Teachers v. U.S. Dep't of Educ.*, No. SAG-25-628, 2025 WL 2374697, at *32 (D. Md. Aug. 14, 2025)
- *Coalition for Humane Imm. Rights v. Noem*, No. 25-cv-872 (JMC), 2025 WL 2336415, at *1 (D.D.C. Aug. 13, 2025)

Dated: August 21, 2025

Respectfully submitted,

/s/ Johnny Sinodis
Johnny Sinodis
Marc Van Der Hout
Zachary Nightingale

Attorneys for Plaintiff

Kristina David
CA Bar No. 346347
David Strashnoy Law, PC
1901 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
818-646-7350
kristina@strashnoylaw.com
Attorneys for Plaintiffs in cases 25-cv-03323-JSW & 25-cv-03383(JSW) (Related to 25-cv-3140)

Justin Sadowsky (pro hac vice)
DC Bar No. 977642
Chinese American Legal Defense Alliance
4250 N Fairfax Drive #600

---

[1] For the Court's ease of review, Counsel for the Case Numbers listed on the caption page are filing the same Notice of Additional Legal Authorities in support of Plaintiffs' Opposition to Defendants' Motion for Stay Pending Appeal.

*Doe v. Trump, et al.*, No. 4:25-cv-03140-JSW
NOTICE OF ADDITIONAL LEGAL AUTHORITIES
1

Arlington, VA 22203
646-785-9154
justins@caldausa.org

Andre Y. Bates (SBN 178170)
(aybates@dehengsv.com)
Steven A. Soloway (SBN 130774)
(ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509)
(czhu@dehengsv.com)
Yi Yao (SBN 292563)
(yyao@dehengsv.com)
DEHENG LAW OFFICES PC
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976
Attorneys for Plaintiffs
Zhuoer Chen, Mengcheng Yu,
Jiarong Ouyang, and Gexi Guo

Ben Loveman
SBN 249970
Reeves Immigration Law Group
425 California Street, Suite 1250
San Francisco, CA 94104
415-568-3777
bloveman@reevesimmigration.com
Attorney for W.B., Case No. 4:25-cv-03407-JSW

*Doe v. Trump, et al.*, No. 4:25-cv-03140-JSW
NOTICE OF ADDITIONAL LEGAL AUTHORITIES

2