UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 20 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> DONALD J. TRUMP; et al., <br><br> Defendants - Appellants. | No. 25-4514 <br><br> D.C. No. 4:25-cv-03140-JSW <br> Northern District of California, Oakland <br><br> ORDER |
| W.B., <br><br> Plaintiff - Appellee, <br><br> v. <br><br> KRISTI NOEM and TODD M. LYONS, <br><br> Defendants - Appellants. | No. 25-4519 <br><br> D.C. No. 4:25-cv-03407-JSW <br> Northern District of California, Oakland |
| ZHUOER CHEN; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> KRISTI NOEM and TODD M. LYONS, <br><br> Defendants - Appellants. | No. 25-4521 <br><br> D.C. No. 4:25-cv-03292-JSW <br> Northern District of California, Oakland |

| | |
|---|---|
| S.Y.; et al., <br><br>         Plaintiffs - Appellees, <br><br> v. <br><br> DONALD J. TRUMP; et al., <br><br>         Defendants - Appellants. | No. 25-4523 <br><br> D.C. No. <br> 4:25-cv-03244-JSW <br> Northern District of California, Oakland |
| J. C.; et al., <br><br>         Plaintiffs - Appellees, <br><br> v. <br><br> DONALD J. TRUMP; et al., <br><br>        Defendants - Appellants. | No. 25-4527 <br><br> D.C. No. <br> 4:25-cv-03502-JSW <br> Northern District of California, Oakland |

Before: SILVERMAN, TALLMAN, and BUMATAY, Circuit Judges.

These appeals are consolidated.

The motions (Docket Entry No. 12 in 25-4514; Docket Entry No. 13 in 25-4519; Docket Entry No. 13 in 25-4521; Docket Entry No. 12 in 25-4523; Docket Entry No. 12 in 25-4527) to dismiss are denied.

The motions (Docket Entry No. 10 in 25-4514; Docket Entry No. 11 in 25-4519; Docket Entry No. 9 in 25-4521; Docket Entry No. 10 in 25-4523; Docket Entry No. 10 in 25-4527) for limited remand are granted. *See* Fed. R. App. P. 12.1(b). We treat the district court's August 22, 2025 order as an indicative ruling.

We remand these cases to the district court for the limited purpose of enabling the district court to modify the May 22, 2025 preliminary injunction as described in the August 22, 2025 order.

Briefing is stayed.