1   CRAIG H. MISSAKIAN (CABN 125202)
    United States Attorney
2   PAMELA T. JOHANN (CABN 145558)
    Chief, Civil Division
3   WILLIAM SKEWES-COX (DCBN 1780431)
    Special Assistant United States Attorney
4

5       450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: 415-436-7200
6       Facsimile: 415-436-6748
       william.skewes-cox@usdoj.gov
7

8   Attorneys for Defendants

9                UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  OAKLAND DIVISION

12

13   JOHN DOE,                         )   Case No. 4:25-cv-03140-JSW
                             )
14       Plaintiff,             )   **JOINT STATUS REPORT**
                             )
15     v.                           )
                             )
16   DONALD J. TRUMP, in his official capacity as )
    President of the United States of America, *et al.*, )
17                              )
        Defendants.          )
18                              )
                             )
19 _____ )
                             )
20   S.Y., *et al.*,                )   Case No. 4:25-cv-3244-JSW
                             )
21         Plaintiff,           )
                             )
22      v.                       )
                             )
23                              )
    KRISTI NOEM, in her official capacity as    )
24   Secretary of the United States Department of   )
    Homeland Security, *et al*,           )
25                              )
                             )
26   Defendants.                  )
    _____ )
27

28

| | |
|---|---|
| ZHOUER CHEN, *et al*. | Case No. 4:25-cv-3292-JSW |
| Plaintiff, | |
| v. | |
| KRISTI NOEM, *et al*., | |
| Defendants. | |

| | |
|---|---|
| W.B. | Case No. 4:25-cv-3407-JSW |
| Plaintiff, | |
| v. | |
| KRISTI NOEM, *et al*., | |
| Defendants. | |

| | |
|---|---|
| J.C. *et al*., | Case No. 4:25-cv-3502-JSW |
| Plaintiffs, | |
| v. | |
| KRISTI NOEM, *et al*., | |
| Defendants. | |

The parties provide this joint status report in the five above-captioned related cases pursuant to the Court's Order Modifying Preliminary Injunctions Following Limited Remand and Extending Deadline for Status Report, entered November 26, 2025.

The parties report that the Opening Brief in the appeal of the Court's revised preliminary injunction is currently due February 4, 2026.

Defendants further report that the decision whether or not to appeal the revised injunction, which must be made by the Office of the Solicitor General, *see* 28 C.F.R. § 0.20(b), remains pending.  The Court's revised injunction order of November 26, 2025, triggered a new round of review and consideration by the Department of Justice as to the appeal.  The process to determine whether an appeal is appropriate in view of the revised injunction order remains ongoing.  Defendants-Appellants may seek an additional extension of time to file the Opening Brief with the Ninth Circuit Court of Appeals so that the government may continue with its approval processes and draft the opening brief, if appeal is pursued.

DATED:  January 26, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney


*s/ William Skewes-Cox*
WILLIAM SKEWES-COX
Special Assistant United States Attorney

Attorneys for Defendants


DATED:  January 26, 2026

VAN DER HOUT, LLP


*s/ Marc Van Der Hout*
MARC VAN DER HOUT

Attorneys for Plaintiffs John Doe, et al. (25-cv-3140); S.Y., et al. (25-cv-3244); and J.C., et al. (25-cv-3502

1    DATED:  January 26, 2026                   REEVES IMMIGRATION LAW GROUP

2
                                                *s/ Ben Loveman*
3                                               BEN LOVEMAN

4                                               Attorneys for Plaintiff W.B. (25-cv-
                                                3407)
5

6
     DATED:  January 26, 2026                   CHINESE AMERICAN LEGAL DEFENSE
7                                               ALLIANCE

8                                               *s/ Justin Sadowsky*
                                                JUSTIN SADOWSKY
9
                                                Attorneys for Plaintiffs Zhuoer Chen, et
10                                              al. (25-cv-3292)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28