|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | FEB 5 2026 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

JOHN DOE,

        Plaintiff - Appellee,

  v.

DONALD J. TRUMP, in his official capacity, President of the United States of America; et al.,

        Defendants - Appellants.

No. 25-4514

D.C. No. 4:25-cv-03140-JSW
Northern District of California, Oakland

ORDER

---

W.B.,

        Plaintiff - Appellee,

  v.

KRISTI NOEM and TODD M. LYONS,

        Defendants - Appellants.

No. 25-4519

D.C. No. 4:25-cv-03407-JSW
Northern District of California, Oakland

---

ZHUOER CHEN; et al.,

        Plaintiffs - Appellees,

  v.

KRISTI NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security and TODD M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement,

No. 25-4521

D.C. No. 4:25-cv-03292-JSW
Northern District of California, Oakland

| | |
|---|---|
| U.S. Department of Homeland Security, <br><br>   Defendants - Appellants. | |
| S.Y.; et al., <br><br>   Plaintiffs - Appellees, <br><br> v. <br><br>DONALD J. TRUMP; et al., <br><br>   Defendants - Appellants. | No. 25-4523 <br><br>D.C. No. 4:25-cv-03244-JSW <br>Northern District of California, Oakland |
| J. C.; et al., <br><br>   Plaintiffs - Appellees, <br><br> v. <br><br>DONALD J. TRUMP, in his official capacity, President of the United States of America; et al., <br><br>   Defendants - Appellants. | No. 25-4527 <br><br>D.C. No. 4:25-cv-03502-JSW <br>Northern District of California, Oakland |

 Pursuant to the parties' stipulation (Docket Entry No. 25), these consolidated appeals are dismissed. *See* Fed. R. App. P. 42(b).

 This order serves as the mandate of the court as to these consolidated appeals.

            FOR THE COURT:
            MOLLY C. DWYER
            CLERK OF COURT