CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
WILLIAM SKEWES-COX (DCBN 1780431)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
Facsimile: (415) 436-6748

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN DOE, | No. 25-cv-03140 JSW |
| Plaintiff, | **JOINT STATUS REPORT** AND ORDER THEREON |
| v. | |
| DONALD J. TRUMP, *et al.,* | |
| Defendants. | |
| S.Y., *et al.,* | No. 25-cv-3244-JSW |
| Plaintiff, | |
| v. | |
| KRISTI NOEM, *et al.,* | |
| Defendants. | |
| ZHOUER CHEN, *et al.* | No. 25-cv-3292-JSW |
| Plaintiff, | |
| v. | |
| KRISTI NOEM, *et al.,* | |
| Defendants. | |

JOINT STATUS REPORT; [PROPOSED] ORDER
4:25-cv-03140 JSW and related cases           1

|  |  |
|---|---|
| W.B. | No. 25-cv-03407-JSW |
| Plaintiff, | |
| v. | |
| KRISTI NOEM, *et al.*, | |
| Defendants | |
| J.C. *et al.*, | No. 4:25-cv-3502-JSW |
| Plaintiff, | |
| v. | |
| KRISTI NOEM, *et al.*, | |
| Defendants. | |

Pursuant to the Court's Order dated February 23, 2026 in these four related cases, *see*, *e.g.*, *Doe v. Trump*, No. 25-cv-3140 ("*Doe*"), Dkt, No. 105, the parties submit this joint status report regarding a proposed case management procedure.

The parties are continuing to meet and confer to discuss the remaining disputed issues asserted in the original complaints in this litigation, and whether they can be resolved without further involvement of the Court.[1] This process is ongoing, and the parties agree that additional time is needed to engage in this process and to determine if any further involvement of the Court will be needed. Accordingly, the parties propose that they submit a further status report on April 24, 2026. At that time, the parties will report whether they have reached a resolution or whether they need additional time to complete the process; or, in the alternative, will propose a case management schedule for the Court's consideration.

---

[1] As noted in the parties' previous Status Report, these discussions exclude the claims asserted against the Department of State in the amended complaint in *Chen v. Noem*, No. 25-cv-3292, which are the subject of a pending motion to dismiss. The *Chen* parties agree that the motion to dismiss will remain pending and can be resolved by the Court notwithstanding any settlement discussions regarding the claims against the Department of Homeland Security.

JOINT STATUS REPORT; [PROPOSED] ORDER
4:25-cv-03140 JSW and related cases                2

DATED:  March 20, 2026                Respectfully submitted,

                                      CRAIG H. MISSAKIAN
                                      United States Attorney


                                      *s/ Pamela T. Johann*
                                      PAMELA T. JOHANN
                                      Assistant United States Attorney

                                      Attorneys for Defendants

DATED:  March 20, 2026                VAN DER HOUT, LLP


                                      *s/ John Nicholas Sinodis*
                                      JOHN NICHOLAS SINODIS

                                      Attorneys for Plaintiffs John Doe, et al.
                                      (25-cv-3140); S.Y., et al. (25-cv-3244);
                                      and J.C., et al. (25-cv-3502

DATED:  March 20, 2026                REEVES IMMIGRATION LAW GROUP


                                      *s/ Ben Loveman*
                                      BEN LOVEMAN

                                      Attorneys for Plaintiff W.B. (25-cv-
                                      3407)

DATED:  March 20, 2026                CHINESE AMERICAN LEGAL DEFENSE
                                      ALLIANCE

                                      *s/ Justin Sadowsky*
                                      JUSTIN SADOWSKY

                                      Attorneys for Plaintiffs Zhuoer Chen, et
                                      al. (25-cv-3292)

JOINT STATUS REPORT; [PROPOSED] ORDER
4:25-cv-03140 JSW and related cases                3

[PROPOSED] ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED. The Parties will file a joint status report by April 24, 2026.

Date:   March 23, 2026

_____
Jeffrey S. White
United States Senior District Judge