CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
WILLIAM SKEWES-COX (DCBN 1780431)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
Facsimile: (415) 436-6748

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, *et al.,*<br><br>Defendants. | No. 25-cv-03140 JSW<br><br>**JOINT STATUS REPORT;** [PROPOSED]<br>**ORDER** REQUIRING FURTHER STATUS REPORT |
| S.Y., *et al.,*<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, *et al.,*<br><br>Defendants. | No. 25-cv-3244-JSW |
| ZHOUER CHEN, *et al.*<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, *et al.,*<br><br>Defendants. | No. 25-cv-3292-JSW |

JOINT STATUS REPORT; [PROPOSED] ORDER
4:25-cv-03140 JSW and related cases                    1

|  |  |
|---|---|
| W.B. | ) No. 25-cv-03407-JSW |
| Plaintiff, | ) |
| v. | ) |
| KRISTI NOEM, *et al.,* | ) |
| Defendants | ) |
| J.C. *et al.,* | ) No. 25-cv-3502-JSW |
| Plaintiff, | ) |
| v. | ) |
| KRISTI NOEM, *et al.,* | ) |
| Defendants. | ) |

Pursuant to the Court's Order dated March 23, 2026 in these five related cases, *see*, *e.g.*, *Doe v. Trump*, No. 25-cv-3140 ("*Doe*"), Dkt, No. 109, the parties submit this joint status report regarding a proposed case management procedure.

The parties are continuing to meet and confer to discuss the remaining disputed issues asserted in the original complaints in this litigation, and whether they can be resolved without further involvement of the Court.[1] This process is ongoing, and the parties agree that additional time is needed to engage in this process and to determine if any further involvement of the Court will be needed. Accordingly, the parties propose that they submit a further status report on May 29, 2026. At that time, the parties will report whether they have reached a resolution or whether they need additional time to complete the process; or, in the alternative, will propose a case management schedule for the Court's consideration.

---

[1] As noted in the parties' previous Status Reports, these discussions exclude the claims asserted against the Department of State in the amended complaint in *Chen v. Noem*, No. 25-cv-3292. The *Chen* plaintiffs filed a Second Amended Complaint on April 10, 2026. Dkt. No. 127. Pursuant to stipulation, Defendants will respond to the Second Amended Complaint by May 8, 2026, and anticipate filing a motion to dismiss.

JOINT STATUS REPORT; [PROPOSED] ORDER
4:25-cv-03140 JSW and related cases                2

DATED:  April 24, 2026                    Respectfully submitted,

                                          CRAIG H. MISSAKIAN
                                          United States Attorney


                                          *s/ Pamela T. Johann*
                                          PAMELA T. JOHANN
                                          Assistant United States Attorney

                                          Attorneys for Defendants

DATED:  April 24, 2026                    VAN DER HOUT, LLP


                                          *s/ John Nicholas Sinodis*
                                          JOHN NICHOLAS SINODIS

                                          Attorneys for Plaintiffs John Doe, et al.
                                          (25-cv-3140); S.Y., et al. (25-cv-3244);
                                          and J.C., et al. (25-cv-3502

DATED:  April 24, 2026                    REEVES IMMIGRATION LAW GROUP


                                          *s/ Ben Loveman*
                                          BEN LOVEMAN

                                          Attorneys for Plaintiff W.B. (25-cv-
                                          3407)


DATED:  April 24, 2026                    CHINESE AMERICAN LEGAL DEFENSE
                                          ALLIANCE

                                          *s/ Justin Sadowsky*
                                          JUSTIN SADOWSKY

                                          Attorneys for Plaintiffs Zhuoer Chen, et
                                          al. (25-cv-3292)


*In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

JOINT STATUS REPORT; [PROPOSED] ORDER
4:25-cv-03140 JSW and related cases                3

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. The Parties will file a joint status report by May 29, 2026.

Date:   April 24, 2026

_____
Jeffrey S. White
United States Senior District Judge